**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
ADRIAN ORTEGA DIAZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>HUBERT MARIO RAMIREZ, et al., )<br>)<br>)<br>DEFENDANTS. )<br>_____) | CR.-S-08-357-WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 10, 2008 |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael M. Beckwith, and defendant HUBERT MARIO RAMIREZ, by his attorney Ms. Lexi Negin, defendant SAMUEL BOTELLO MONDRAGON, by his attorney Mr. Joseph J. Wiseman, defendant MIGUEL VILLA-CONTRERAS, by attorney Mr. Mark J. Reichel, defendant RUBEN DIAZ, by his attorney Ms. Lindsay Weston, defendant JOSE JUAN AYALLA-LOPEZ , by his attorney Ms. Shari Rusk, defendant EDUARDO VILLA-CONTRERAS, by his attorney Mr. Gilbert Roque, defendant JOSE ALFREDO VILLA-VIA SENOR by attorney Ms. Dina Santos, defendant JULIO ADRIAN NEVEL , by his attorney Mr. Danny Brace, defendant PATRICIO MALENO, by his attorney Mr. Timothy Warriner, defendant LENO ARREOLA, by his attorney

1

Mr. Clemente Jimenez, defendant PABLO ARREOLA, by his attorney Mr. Scott Cameron and defendant ADRIAN ORTEGA-DIAZ , by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Monday, October 6, 2008, at 10:00 a.m.** before the Honorable Senior District Court Judge, William B. Shubb, may be continued to **Monday, November 10, 2008, at 8:30 a.m.**

The Court's courtroom deputy, Ms. Karen Smith, was contacted to ensure the Court's calendar was available for that date and the Court is available on Monday, November 10, 2008.

## BACKGROUND OF THE CASE

The indictment in this case was filed on August 7, 2008. (See Docket Entry #1) On August 12, 2008, ten (10) of the twelve made their first appearance before the magistrate court. At that time the government and the defense agreed to set a status conference on Monday, October 10, 2008. The defense had not yet been provided discovery in the case. In addition, the government and the defense agreed to exclude time from the Speedy Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (See Docket Entry # 15). The complexity of the case continues because of the following findings the Court can adopt:

 1- the number of defendants, twelve (12) being large in and of itself presents complex issues across the board of this case,

 2- the number of legal issues with the twelve (12) defendants is complex,

 3-the number of legal issues with the twelve (12) defendants is interwoven which adds to the complexity of the legal research,

 4-the government has alleged a conspiracy which presents complex factual issues which must be reviewed in the discovery by the defense counsel and then discussing these complex factual issues of conspiracy with the defendants

2

themselves,

     5-with the allegation of conspiracy, the defense is also faced with complex legal issues which must be researched and then fully discussed with the defendants,

     6- the investigation in the case is on going by the defense.

By August 13, 2008, all the defendants had made their initial appearance in magistrate Court. (See Docket Entry # 27)

By on or about August 30, 2008, the government had produced the initial discovery in the case consisting of a CD and hard copy documents.

The potential penalties are large, with all of the defendants facing a potential mandatory minimum of 10 years in federal prison, except for defendant ADRIAN ORTEGA DIAZ, who faces a potential mandatory minimum of 20 years in federal prison.

The government and the defense agree to exclude time from the Speedy Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (See Docket Entry # 15) from Monday, October 6, 2008 to Monday, November 10, 2008, with the following reasons for the finding by the Court to exclude time under the Speedy Trial Act:

     1- the number of defendants, twelve (12) being large in and of itself presents complex issues across the board of this case,

     2- the number of legal issues with the twelve (12) defendants is complex,

     3-the number of legal issues with the twelve (12) defendants is interwoven which adds to the complexity of the legal research,

     4-the government has alleged a conspiracy which presents complex factual issues which must be reviewed in the discovery by the defense counsel and then discussing these complex factual issues of conspiracy with the defendants

3

themselves,

5-with the allegation of conspiracy, the defense is also faced with complex legal issues which must be researched and then fully discussed with the defendants,

6- the investigation in the case is on going by the defense.

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Monday, November 10, 2008, under** the Speedy Trial Act under Local Code T-2 (**complexity of case**) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ Michael Beckwith by e mail authorization

DATED: 10-2-08  _____
MICHAEL BECKWITH
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

DATED: 10-2-08

/S/LEXI NEGAN by e mail authorization
_____
LEGI NEGAN
ATTORNEY FOR DEFENDANT RAMIREZ

DATED: 10-2-08    /s/ JOSEPH WISEMAN by e mail authorization
_____
JOSEPH WISEMAN
ATTORNEY FOR DEFENDANT MONDRAGON

DATED: 10-2-08    /s/ MARK REICHEL by e mail authorization
_____
MARK REICHEL
ATTORNEY FOR DEFENDANT
VILLA-CONTRERAS

| | | |
|---|---|---|
| 1 | DATED: 10-2-08 | /s/ LINDSAY WESTON by e mail authorization |
| 2 | | _____ |
| | | LINDSAY WESTON |
| 3 | | ATTORNEY FOR DEFENDANT DIAZ |
| 4 | DATED: 10-2-08 | /s/ GILBERT ROQUE by e mail authorization |
| 5 | | _____ |
| | | GILBERT ROQUE |
| 6 | | ATTORNEY FOR DEFENDANT VILLA-CONTRERAS |
| 7 | DATED: 10-2-08 | /S/SHARI RUSK by e mail authorization |
| 8 | | _____ |
| | | SHARI RUSK |
| 9 | | ATTORNEY FOR DEFENDANT AYALLA-LOPEZ |
| 10 | DATED: 10-2-08 | /S/ DINA SANTOS by e mail authorization |
| 11 | | _____ |
| | | DINA SANTOS |
| 12 | | ATTORNEY FOR DEFENDANT ILLA-VIA SENOR |
| 13 | | |
| 14 | DATED: 10-2-08 | /S/ DANNY BRACE by telephone authorization |
| 15 | | _____ |
| | | DANNY BRACE |
| 16 | | ATTORNEY FOR DEFENDANT NEVEL |
| 17 | DATED: 10-2-08 | /S/ TIMOTHY WARRINER by e mail authorization |
| 18 | | _____ |
| | | TIMOTHY WARRINER |
| 19 | | ATTORNEY FOR DEFENDANT MALENO |
| 20 | DATED: 10-2-08 | /S/ CLEMENTE JIMENEZ by e mail authorization |
| 21 | | _____ |
| | | CLEMENTE JIMENEZ |
| 22 | | ATTORNEY FOR DEFENDANT L. ARREOLA |
| 23 | DATED: 10-2-08 | /S/ SCOTT CAMERON by e mail authorization |
| 24 | | _____ |
| | | SCOTT CAMERON |
| 25 | | ATTORNEY FOR DEFENDANT P. ARREOLA |
| 26 | DATED: 10-2-08 | /s/ JAMES R. GREINER |
| | | _____ |
| 27 | | JAMES R. GREINER |
| | | ATTORNEY FOR DEFENDANT ORTEGA-DIAZ |
| 28 | | |

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: **October 3, 2008**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE