UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | 2:08-CR-357 WBS | |
| v. | | |
| HUBERTO MARIO RAMIREZ, et al., | RELATED CASE ORDER | |
| Defendants. | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | 2:08-CR-364 LKK | |
| vs. | | |
| BALTAZAR VASQUEZ, | | |
| Defendant. | | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123(a) because both cases arise from the same law enforcement investigation, share common legal issues and facts, and involve the same parties. E. Dist. of Cal. Local R. 83-123(a). Accordingly, the assignment of the matters to the same judge is

likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated <u>United States v. Ramirez, et al.</u>, Cr. No. 08-357 WBS, and <u>United States v. Vasquez</u>, Cr. No. 08-364 LKK, be, and the same hereby are, deemed related and the case denominated <u>United States v. Vasquez</u>, Cr. No. 08-364 LKK, shall be reassigned to the Honorable WILLIAM B. SHUBB. Any dates currently set in the reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>United States v. Vasquez</u>, Cr. No. 08-364 WBS.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of criminal cases to compensate for this reassignment, and the Courtroom Deputy Clerk shall contact counsel of record in order to place <u>United States v. Vasquez</u>, Cr. No. 08-364 WBS, on the court's criminal calendar.

DATED: October 3, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE