```
McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. S-08-357 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS CONFERENCE AND |
| v. | ) EXCLUDING TIME |
| | ) |
| HUBERT MARIO RAMIREZ et al., | ) |
| | ) |
| Defendants. | ) Hon. William B. Shubb |
| | ) |

The parties request that the status conference currently set for November 10, 2008, be continued to February 23, 2009, and stipulate that the time beginning November 10, 2008, and extending through February 23, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

///

1 | The parties are in the process of discussing and negotiating various pretrial dispositions. Each defendant will need time to consider any plea offer he may receive. Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed. The undersigned parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: November 7, 2008　　　By:/s/ Michael M. Beckwith
　　　　　　　　　　　　　　　　MICHAEL M. BECKWITH
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: November 7, 2008　　　By:/s/ Alexandra Negin
　　　　　　　　　　　　　　　　ALEXANDRA NEGIN
　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　Hubert Mario Ramirez

Dated: November 7, 2008　　　By:/s/ Joseph Wiseman
　　　　　　　　　　　　　　　　JOSEPH WISEMAN
　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　Samuel Botello Mondragon

Dated: November 7, 2008　　　By:/s/ James Greiner
　　　　　　　　　　　　　　　　JAMES GREINER
　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　Adrian Ortega-Diaz

| | | |
|---|---|---|
| Dated: November 7, 2008 | By: | /s/ Mark Reichel |
| | | MARK REICHEL |
| | | Attorney for defendant |
| | | Miguel Villa-Contreras |

Dated: November 7, 2008          By: /s/ Lindsey Weston
                                     LINDSEY WESTON
                                     Attorney for defendant
                                     Ruben Diaz

Dated: November 7, 2008          By: /s/ Gilbert Roque
                                     GILBERT ROQUE
                                     Attorney for defendant
                                     Eduardo Villa-Contreras

Dated: November 7, 2008          By: /s/ Shari Rusk
                                     SHARI RUSK
                                     Attorney for defendant
                                     Jose Juan Ayalla-Lopez

Dated: November 7, 2008          By: /s/ Dina Santos
                                     DINA SANTOS
                                     Attorney for defendant
                                     Jose Alfredo Villa-Via Senor

Dated: November 7, 2008          By: /s/ Danny Brace
                                     DANNY BRACE
                                     Attorney for defendant
                                     Julio Adrian Nevel

Dated: November 7, 2008          By: /s/ Timothy Warriner
                                     TIMOTHY WARRINER
                                     Attorney for defendant
                                     Patricio Maleno

Dated: November 7, 2008          By: /s/ Clemente Jimenez
                                     CLEMENTE JIMENEZ
                                     Attorney for defendant
                                     Leno Arreola

Dated: November 7, 2008          By: /s/ Scott Cameron
                                     SCOTT CAMERON
                                     Attorney for defendant
                                     Pablo Arreola

**ORDER**

The status conference in case number CR. S-08-0357 WBS, currently set for November 10, 2008, is continued to February 23, 2009, and the time beginning November 10, 2008, and extending through February 23, 2009, is excluded from the calculation of time under the Speedy Trial Act. For the reasons stated in the above stipulation, the Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: November 7, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE