LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-08-357 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS |
| HUBERT MARIO RAMIREZ, SAMUEL BOTELLO MONDRAGON, ADRIAN ORTEGA-DIAZ, MIGUEL VILLA-CONTRERAS, RUBEN DIAZ, JOSE JUAN AYALLA-LOPEZ, and PATRICIO MALENO | CONFERENCE AND EXCLUDING TIME |
| | Hon. William B. Shubb |
| Defendants. | |

The parties request that the status conference currently set for May 11, 2009, be continued to June 15, 2009 at 8:30 a.m., and stipulate that the time beginning May 11, 2009, and extending through June 15, 2009, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local

1

Code T4.

The parties are in the process of discussing and negotiating various pretrial dispositions. Each defendant will need time to consider any plea offer he may receive. Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed. The undersigned parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

                                      Respectfully Submitted,

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

Dated: May 8, 2009              By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

Dated: May 8, 2009              By:/s/ Alexandra Negin
                                    ALEXANDRA NEGIN
                                    Attorney for defendant
                                    Hubert Mario Ramirez

Dated: May 8, 2009              By:/s/ Santiago Juarez
                                    SANTIAGO JUAREZ
                                    Attorney for defendant
                                    Samuel Botello Mondragon

Dated: May 8, 2009              By:/s/ James Greiner
                                    JAMES GREINER
                                    Attorney for defendant
                                    Adrian Ortega-Diaz

Dated: May 8, 2009              By:/s/ Mark Reichel
                                    MARK REICHEL

```
                                        Attorney for defendant
                                        Miguel Villa-Contreras

Dated: May 8, 2009              By: /s/ Lindsey Weston
                                        LINDSEY WESTON
                                        Attorney for defendant
                                        Ruben Diaz

Dated: May 8, 2009              By: /s/ Shari Rusk
                                        SHARI RUSK
                                        Attorney for defendant
                                        Jose Juan Ayalla-Lopez

Dated: May 8, 2009              By: /s/ Timothy Warriner
                                        TIMOTHY WARRINER
                                        Attorney for defendant
                                        Patricio Maleno
```

**ORDER**

The status conference in case number CR. S-08-0357 WBS, currently set for May 11, 2009, is continued to June 15, 2009 at 8:30 a.m., and the time beginning May 11, 2009, and extending through June 15, 2009, is excluded from the calculation of time under the Speedy Trial Act. For the reasons stated in the above stipulation, the Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: May 8, 2009

_(signature)_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4