**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
ADRIAN ORTEGA DIAZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-357-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO MONDAY, SEPTEMBER 28, 2009 |
| ) | |
| HUBERT MARIO RAMIREZ, et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael M. Beckwith, and 1)defendant HUBERT MARIO RAMIREZ, by his attorney Ms. Lexi Negin; 2)defendant SAMUEL BOTELLO MONDRAGON, by his attorneys Mr. Santiago Juarez and Arturo Hernandez; 3)defendant MIGUEL VILLA-CONTRERAS, by his attorney Mr. Mark J. Reichel; 4)defendant JOSE JUAN AYALLA-LOPEZ , by his attorney Ms. Shari Rusk; and defendant 5)ADRIAN ORTEGA-DIAZ , by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Monday, June 15, 2009, at 8:30 a.m.** before the Honorable Senior District Court Judge, William B. Shubb, may be continued to **Monday, September 28, 2009, at 8:30 a.m.**

The Court's courtroom relief deputy, Ms. Casey Schultz, was contacted to

1

ensure the Court's calendar was available for that date and the Court is available on Monday, September 28, 2009.

The other defendants have pled guilty in this case and are not apart of this stipulation.

**BACKGROUND OF THE CASE**

The indictment in this case was filed on August 7, 2008. (See Docket Entry #1) On August 12, 2008, ten (10) of the twelve made their first appearance before the magistrate court. At that time the government and the defense agreed to set a status conference on Monday, October 10, 2008. The defense had not yet been provided discovery in the case. In addition, the government and the defense agreed to exclude time from the Speedy Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (See Docket Entry # 15).

By August 13, 2008, all the defendants had made their initial appearance in magistrate Court. (See Docket Entry # 27)

By on or about August 30, 2008, the government had produced the initial discovery in the case consisting of a CD and hard copy documents.

The government just produced new and additional discover to the defense the week of June 8, 2009. In addition, the defense is in the process of getting authorization for the transcribing of audio tapes from Spanish to English, which will take a period of time to fully accomplish.

The potential penalties are large, with all of the defendants facing a potential mandatory minimum of 10 years in federal prison, except for defendant ADRIAN ORTEGA DIAZ, who faces a potential mandatory minimum of 20 years in federal prison.

The government and the defense agree to exclude time from the Speedy Trial Act under **Local Code T-2** (complexity of case) and Title 18 U.S.C. section

3161(h)(8)(B)(ii)and **Local Code T-4** and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (See Docket Entry # 15) from Monday, June 15, 2009 to Monday, September 28, 2009, with the following reasons for the finding by the Court to exclude time under the Speedy Trial Act:

      1- the number of defendants, five (5) being large in and of itself presents complex issues across the board of this case,

      2- the number of legal issues with the five (5) defendants is complex,

      3-the number of legal issues with the five (5) defendants is interwoven which adds to the complexity of the legal research,

      4-the government has alleged a conspiracy which presents complex factual issues which must be reviewed in the discovery by the defense counsel and then discussing these complex factual issues of conspiracy with the defendants themselves,

      5-with the allegation of conspiracy, the defense is also faced with complex legal issues which must be researched and then fully discussed with the defendants,

      6- the investigation in the case is on going by the defense.

      7-the other defendants that have pled guilty put the case into a different posture that must be examined and reviewed by the remaining parties;

      8-the government provided additional discovery to the defense the week of June 8, 2009;

      9-the defense is in the process of obtaining authorization to have the audio tapes transcribed from Spanish to English, which will take a period of time to fully complete.

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Monday, September 28, 2009, under** the Speedy Trial Act under **Local Code T-2** (**complexity of case)** and Title 18 U.S.C.

section 3161(h)(8)(B)(ii)and **Local Code T-4 (time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

                                          Respectfully submitted,

                                          LAWRENCE G. BROWN
                                          ACTING UNITED STATES ATTORNEY

                                          /s/ Michael Beckwith by in person authorization

DATED: 6-10-09
                                          _____
                                          MICHAEL BECKWITH
                                          ASSISTANT UNITED STATES ATTORNEY
                                          ATTORNEY FOR THE PLAINTIFF

DATED: 6-10-09
                                          /S/LEXI NEGAN by in person authorization
                                          _____
                                          LEGI NEGAN
                                          ATTORNEY FOR DEFENDANT RAMIREZ

DATED: 6-10-09                                      /s/ SANTIAGO JUAREZ by e mail authorization
                                          _____
                                          SANTIAGO JUAREZ
                                          ATTORNEY FOR DEFENDANT MONDRAGON

DATED: 6-10-09                                      /s/ MARK REICHEL by telephone authorization
                                          _____
                                          MARK REICHEL
                                          ATTORNEY FOR DEFENDANT
                                          VILLA-CONTRERAS

DATED: 6-10-09                                      /S/SHARI RUSK by e mail authorization
                                          _____
                                          SHARI RUSK
                                          ATTORNEY FOR DEFENDANT AYALLA-LOPEZ

                                          /s/ JAMES R. GREINER
DATED: 6-10-09
                                          _____
                                          JAMES R. GREINER
                                          ATTORNEY FOR DEFENDANT ORTEGA-DIAZ

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED:  **June 10, 2009**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5