1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  ADRIAN ORTEGA DIAZ

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )     CR.-S-08-357-WBS
11                                   )
            PLAINTIFF,               )     STIPULATION AND ~~PROPOSED~~ ORDER
12                                   )     TO CONTINUE STATUS CONFERENCE
       v.                            )     TO MONDAY, DECEMBER 7, 2009
13                                   )
   HUBERT MARIO RAMIREZ, et al., )
14                                   )
                                     )
15          DEFENDANTS.              )
   _____)
16

17        Plaintiff United States of America, by its counsel, Assistant United States

18  Attorney, Mr. Michael M. Beckwith, and 1)defendant  HUBERT MARIO RAMIREZ,

19  by his attorney Ms. Lexi Negin; 2)defendant  SAMUEL BOTELLO MONDRAGON,

20  by his attorneys Mr. Santiago Juarez and Arturo Hernandez; 3)defendant MIGUEL

21  VILLA-CONTRERAS, by his attorney Mr. Mark J. Reichel; 4)defendant JOSE JUAN

22  AYALLA-LOPEZ , by his attorney Ms. Shari Rusk;  and defendant 5)ADRIAN

23  ORTEGA-DIAZ , by his attorney Mr. James R. Greiner, hereby stipulate and agree

24  that the status conference calendared for **Monday, September 28,  2009, at 8:30 a.m.**

25  before the Honorable Senior District Court Judge, William B. Shubb, may be

26  continued to **Monday, December 7,  2009, at 8:30 a.m.**

27        The Court's courtroom deputy, Ms. Karen Kirksey Smith, was contacted to

28                                          1

ensure the Court's calendar was available for that date and the Court is available on Monday, December 7, 2009.

The other defendants have pled guilty in this case and are not apart of this stipulation.

## BACKGROUND OF THE CASE

The indictment in this case was filed on August 7, 2008. (See Docket Entry #1) On August 12, 2008, ten (10) of the twelve made their first appearance before the magistrate court. At that time the government and the defense agreed to set a status conference on Monday, October 10, 2008. The defense had not yet been provided discovery in the case. In addition, the government and the defense agreed to exclude time from the Speedy Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (See Docket Entry # 15).

By August 13, 2008, all the defendants had made their initial appearance in magistrate Court. (See Docket Entry # 27)

By on or about August 30, 2008, the government had produced the initial discovery in the case consisting of a CD and hard copy documents.

Then the government produced new and additional discover to the defense the week of June 8, 2009.

The defense has had some of the recordings transcribed and translated and the defense is in the process of reviewing these with their clients. In addition, the defense is making a determination about whether the remainder of the transcripts should be translated. This review requires additional time for both the defendants and counsel to adequately review and discuss the impact on each defendant's case. In addition, the defense will make a determination while reviewing the transcripts that have been translated, whether the remainder of the transcripts should be translated.

The potential penalties are large, with all of the defendants facing a potential

2

mandatory minimum of 10 years in federal prison, except for defendant ADRIAN ORTEGA DIAZ, who faces a potential mandatory minimum of 20 years in federal prison.

The government and the defense agree to exclude time from the Speedy Trial Act under **Local Code T-2** (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and **Local Code T-4** and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (See Docket Entry # 15) from Monday, September 28, 2009 to Monday, December 7, 2009, with the following reasons for the finding by the Court to exclude time under the Speedy Trial Act:

1- the number of defendants, five (5) being large in and of itself presents complex issues across the board of this case,

2- the number of legal issues with the five (5) defendants is complex,

3-the number of legal issues with the five (5) defendants is interwoven which adds to the complexity of the legal research,

4-the government has alleged a conspiracy which presents complex factual issues which must be reviewed in the discovery by the defense counsel  and then discussing these complex  factual issues of conspiracy with the defendants themselves,

5-with the allegation of conspiracy, the defense is also faced with complex legal issues which must be researched and then fully discussed with the defendants,

6- the investigation in the case is on going by the defense.

7-the other defendants that have pled guilty put the case into a different posture that must be examined and reviewed by the remaining parties;

8-the government provided additional discovery to the defense the week of June 8, 2009;

9-the defense is in the process of reviewing those transcripts that have

been translated. This will take additional time for the adequte review by both the defendant's and counsel. In addition, the defense will make a determination while reviewing the transcripts that have been translated, whether the remainder of the transcripts should be translated.

The parties stipulate and agree that time under the Speedy Trial Act  shall continue be excluded **up to and including Monday, December 7,  2009, under** the Speedy Trial Act under **Local Code T-2** (**complexity of case)** and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and **Local Code T-4** (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

Respectfully submitted,

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ Michael Beckwith by e mail authorization

DATED: 9-25-09
_____
MICHAEL BECKWITH
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF


DATED: 9-25-09
/S/LEXI NEGAN by in person authorization
_____
LEGI NEGAN
ATTORNEY FOR DEFENDANT RAMIREZ


DATED: 6-10-09          /s/ SANTIAGO JUAREZ  by e mail authorization
_____
SANTIAGO JUAREZ
ATTORNEY FOR DEFENDANT MONDRAGON


DATED: 6-10-09          /s/ MARK REICHEL by telephone authorization
_____
MARK REICHEL
ATTORNEY FOR DEFENDANT
VILLA-CONTRERAS

4

DATED: 6-10-09                    /S/SHARI RUSK  by e mail authorization
                                 _____
                                 SHARI RUSK
                                 ATTORNEY FOR DEFENDANT AYALLA-LOPEZ


                                 /s/ JAMES R. GREINER
DATED: 6-10-09                   _____
                                 JAMES R. GREINER
                                 ATTORNEY FOR DEFENDANT ORTEGA-DIAZ








**ORDER**


**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**



DATED: **September 27, 2009**


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE