**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
ADRIAN ORTEGA DIAZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-357-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO MONDAY, MARCH 1, 2010 |
| ) | |
| HUBERT MARIO RAMIREZ, et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael M. Beckwith, and 1)defendant HUBERT MARIO RAMIREZ, by his attorney Ms. Lexi Negin; 2)defendant MIGUEL VILLA-CONTRERAS, by his attorney Mr. Mark J. Reichel; 3)defendant JOSE JUAN AYALLA-LOPEZ , by his attorney Ms. Shari Rusk;  and defendant 4)ADRIAN ORTEGA-DIAZ , by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Monday, December 7,  2009, at 8:30 a.m.** before the Honorable Senior District Court Judge, William B. Shubb, may be continued to **Monday, March 1,  2010, at 8:30 a.m.**

The Court's courtroom deputy, Ms. Karen Kirksey Smith, was contacted to ensure the Court's calendar was available for that date and the Court is available on

1

Monday, March 1, 2010.

The other defendants have pled guilty in this case and are not apart of this stipulation.

## **BACKGROUND OF THE CASE**

The indictment in this case was filed on August 7, 2008. (See Docket Entry #1) On August 12, 2008, ten (10) of the twelve made their first appearance before the magistrate court. At that time the government and the defense agreed to set a status conference on Monday, October 10, 2008. The defense had not yet been provided discovery in the case. In addition, the government and the defense agreed to exclude time from the Speedy Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (See Docket Entry # 15).

By August 13, 2008, all the defendants had made their initial appearance in magistrate Court. (See Docket Entry # 27)

By on or about August 30, 2008, the government had produced the initial discovery in the case consisting of a CD and hard copy documents.

Then the government produced new and additional discover to the defense the week of June 8, 2009.

The defense has had some of the recordings transcribed and translated and the defense is in the process of reviewing these with their clients. In addition, the defense is making a determination about whether the remainder of the transcripts should be translated. This review requires additional time for both the defendants and counsel to adequately review and discuss the impact on each defendant's case. In addition, the defense will make a determination while reviewing the transcripts that have been translated, whether the remainder of the transcripts should be translated.

The defense is also attempting to obtain additional discovery from the government that is material to both the case and to the good faith discussions in

attempting to resolve this matter.

The potential penalties are large, with all of the defendants facing a potential mandatory minimum of 10 years in federal prison, except for defendant ADRIAN ORTEGA DIAZ, who faces a potential mandatory minimum of 20 years in federal prison.

The government and the defense agree to exclude time from the Speedy Trial Act under **Local Code T-2** (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and **Local Code T-4** and Title 18 U.S.C. section 3161(h)(7)(B)(iv) (See Docket Entry # 15) from Monday, December 7, 2009 to Monday, March 1, 2010, with the following reasons for the finding by the Court to exclude time under the Speedy Trial Act:

1- the number of defendants, four (4) being large in and of itself presents complex issues across the board of this case,

2- the number of legal issues with the four (4) defendants is complex,

3-the number of legal issues with the four (4) defendants is interwoven which adds to the complexity of the legal research,

4-the government has alleged a conspiracy which presents complex factual issues which must be reviewed in the discovery by the defense counsel and then discussing these complex factual issues of conspiracy with the defendants themselves,

5-with the allegation of conspiracy, the defense is also faced with complex legal issues which must be researched and then fully discussed with the defendants,

6- the investigation in the case is on going by the defense.

7-the other defendants that have pled guilty put the case into a different posture that must be examined and reviewed by the remaining parties;

8-the defense is attempting to obtain additional discovery from the

government that is material both to the case and to the good faith discussions in attempting to resolve this matter;

9-the defense is in the process of reviewing those transcripts that have been translated. This will take additional time for the adequate review by both the defendant's and counsel. In addition, the defense will make a determination while reviewing the transcripts that have been translated, whether the remainder of the transcripts should be translated.

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Monday, March 1, 2010, under** the Speedy Trial Act under **Local Code T-2 (complexity of case)** and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and **Local Code T-4 (time for defense counsel preparation)** and Title 18 U.S.C. section 3161(h)(7)(B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Michael Beckwith by e mail authorization

DATED: 12-3-09  
_____
MICHAEL BECKWITH
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 12-3-09

/S/LEXI NEGAN by e mail authorization
_____
LEGI NEGAN
ATTORNEY FOR DEFENDANT RAMIREZ

DATED: 12-3-09      /s/ MARK REICHEL by e mail authorization
_____
MARK REICHEL
ATTORNEY FOR DEFENDANT
VILLA-CONTRERAS

DATED: 12-3-09      /S/SHARI RUSK by e mail authorization
_____
SHARI RUSK

4

| | |
|---|---|
| | ATTORNEY FOR DEFENDANT AYALLA-LOPEZ |

DATED: 12-3-09

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT ORTEGA-DIAZ

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: **December 3, 2009**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE