1 | **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 | **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 | SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 | FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net
5 |
ATTORNEY FOR DEFENDANT
6 | ADRIAN ORTEGA DIAZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.-S-08-357-WBS |
| PLAINTIFF, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE |
| v. | TO MONDAY, JULY 19, 2010 |
| HUBERT MARIO RAMIREZ, et al., | |
| DEFENDANTS. | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael M. Beckwith, and 1)defendant HUBERT MARIO RAMIREZ, by his attorney Ms. Lexi Negin; 2)defendant MIGUEL VILLA-CONTRERAS, by his attorney Mr. Mark J. Reichel; and defendant 3)ADRIAN ORTEGA-DIAZ , by his attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Monday, April 19, 2010 at 8:30 a.m.** before the Honorable Senior District Court Judge, William B. Shubb, may be continued to **Monday, July 19, 2010, at 8:30 a.m.**

The Court's courtroom deputy, Ms. Karen Kirksey Smith, was contacted to ensure the Court's calendar was available for that

1

date and the Court is available on **Monday, July 19, 2010.**

The other defendants have pled guilty in this case and are not apart of this stipulation.

## BACKGROUND OF THE CASE

The indictment in this case was filed on August 7, 2008. (See Docket Entry #1) On August 12, 2008, ten (10) of the twelve made their first appearance before the magistrate court. At that time the government and the defense agreed to set a status conference on Monday, October 10, 2008. The defense had not yet been provided discovery in the case. In addition, the government and the defense agreed to exclude time from the Speedy Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv) (See Docket Entry # 15).

By August 13, 2008, all the defendants had made their initial appearance in magistrate Court. (See Docket Entry # 27)

By on or about August 30, 2008, the government had produced the initial discovery in the case consisting of a CD and hard copy documents.

Then the government produced new and additional discover to the defense the week of June 8, 2009.

The defense has had some of the recordings transcribed and translated and the defense is in the process of reviewing these with their clients. In addition, the defense is making a determination about whether the remainder of the transcripts should be translated. This review requires additional time for both the defendants and counsel to adequately review and discuss the impact

1  on each defendant's case.

2      The potential penalties are large, with all of the defendants
3  facing a potential mandatory minimum of 10 years in federal
4  prison, except for defendant ADRIAN ORTEGA DIAZ, who faces a
5  potential mandatory minimum of 20 years in federal prison.

6      The government and the defense agree to exclude time from the
7  Speedy Trial Act under **Local Code T-2** (complexity of case) and
8  Title 18 U.S.C. section 3161(h)(8)(B)(ii)and **Local Code T-4** and
9  Title 18 U.S.C. section 3161(h)(7)(B)(iv) (See Docket Entry # 15)
10 from **Monday, April 19, 2010, to Monday, July 19, 2010**, with the
11 following reasons for the finding by the Court to exclude time
12 under the Speedy Trial Act:

13          1- the number of original defendants, being large
14 presents complex issues across the board of this case as they
15 plead,

16          2- the number of legal issues with the numbers of
17 original defendants is complex and complex due to the number of
18 defendants that have pled guilty,

19          3-the number of legal issues with the number of original
20 defendants is interwoven and remains interwoven with the remaining
21 defendants which adds to the complexity of the legal research,

22          4-the government has alleged a conspiracy which presents
23 complex factual issues which must be reviewed in the discovery by
24 the defense counsel and then discussing these complex factual
25 issues of conspiracy with the defendants themselves and the
26 complexity of the defendants that have pled guilty along with the
27 information in the discovery and discussing all of this with the

28                                  3

1 | defendants,
2 |     5-with the allegation of conspiracy, the defense is also faced with complex legal issues which must be researched and then fully discussed with the defendants,
3 |     6- the investigation in the case is on going by the defense,
4 |     7-the other defendants that have pled guilty put the case into a different posture that must be examined and reviewed by the remaining parties,
5 |     8-the defense is attempting to obtain additional discovery from the government that is material both to the case and to the good faith discussions in attempting to resolve this matter,

    9-the defense is in the process of reviewing those transcripts that have been translated. This will take additional time for the adequate review by both the defendant's and counsel. In addition, the defense will make a determination while reviewing the transcripts that have been translated, whether the remainder of the transcripts should be translated.

  The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **from Monday, April 19, 2010 up to and including Monday, July 19, 2010, under** the Speedy Trial Act under **Local Code T-2 (complexity of case)** and Title 18 U.S.C. section 3161(h)(7)(B)(ii) and **Local Code T-4 (time for defense counsel preparation)** and Title 18 U.S.C. section 3161(h)(7)(B)(iv).

                    Respectfully submitted,

                    BENJAMIN B. WAGNER

4

```
                         UNITED STATES ATTORNEY

                         /s/ Michael Beckwith by e mail
                         authorization

DATED: 4-15-10           _____
                         MICHAEL BECKWITH
                         ASSISTANT UNITED STATES ATTORNEY
                         ATTORNEY FOR THE PLAINTIFF

DATED: 4-15-10
                         /S/LEXI NEGIN by e mail authorization
                         _____
                         LEXI NEGIN
                         ATTORNEY FOR DEFENDANT RAMIREZ

DATED: 4-15-10           /s/ MARK REICHEL by e mail
                         authorization
                         _____
                         MARK REICHEL
                         ATTORNEY FOR DEFENDANT
                         VILLA-CONTRERAS

DATED: 4-15-10

                         /s/ JAMES R. GREINER
                         _____
                         JAMES R. GREINER
                         ATTORNEY FOR DEFENDANT ORTEGA-DIAZ
```

**ORDER**

FOR GOOD CAUSE SHOWN, AND FOR THE REASONS ARTICULATED AND SET FORTH HEREIN AND THE REPRESENTATIONS MADE HEREIN BY COUNSEL, IT IS SO ORDERED.

DATED: **April 16, 2010**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5