```
1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  HANNAH R. LABAREE, Bar #294338
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   HUBERT MARIO RAMIREZ
7
```

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | No. Cr. S 08-357-01 WBS |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| HUBERT MARIO RAMIREZ, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge: Honorable WILLIAM B. SHUBB |

Defendant, HUBERT MARIO RAMIREZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On June 20, 2011, this Court sentenced Mr. Ramirez to a term of 137 months imprisonment;

3. His total offense level was 35, his criminal history category was III, and the resulting guideline range was 210 to 262 months. He received a reduction from the low-end of the applicable range on the government's motion;

Stipulation and Order Re: Sentence Reduction            1

4. The sentencing range applicable to Mr. Ramirez was subsequently lowered by the Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Ramirez' total offense level has been reduced from 35 to 33, and his amended guideline range is 168 to 210 months. A reduction comparable to the one he received initially yields an amended term of 109 months. However, Mr. Ramirez is subject to the statutory mandatory minimum of 120 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ramirez' term of imprisonment to 120 months.

Respectfully submitted,

Dated:  October 2, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   October 2, 2015

HEATHER E. WILLIAMS
Federal Defender


 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
HUBERT MARIO RAMIREZ

| | |
|---|---|
| 1 | **ORDER** |
| 2 | This matter came before the Court on the stipulated motion of the defendant for reduction |
| 3 | of sentence pursuant to 18 U.S.C. § 3582(c)(2). |
| 4 | The parties agree, and the Court finds, that Mr. Ramirez is entitled to the benefit of |
| 5 | Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended |
| 6 | guideline range of 168 to 210 months. A reduction comparable to the one he received initially |
| 7 | yields an amended term of 109 months. Mr. Ramirez is subject to the statutory mandatory |
| 8 | minimum of 120 months. |
| 9 | IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2011 is |
| 10 | reduced to a term of 120 months. |
| 11 | IT IS FURTHER ORDERED that all other terms and provisions of the original judgment |
| 12 | remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above |
| 13 | reduction in sentence, and shall serve certified copies of the amended judgment on the United |
| 14 | States Bureau of Prisons and the United States Probation Office. |
| 15 | Unless otherwise ordered, Mr. Ramirez shall report to the United States Probation Office |
| 16 | within seventy-two hours after his release. |
| 17 | Dated: January 26, 2016 |
| 18 | WILLIAM B. SHUBB |
| 19 | UNITED STATES DISTRICT JUDGE |