# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America )
v. )
HUBERT MARIO RAMIREZ; ) Case No: 2:08CR00357-01 WBS
T/N: Mario Sanchez Licea )
) USM No: 18014-097

Date of Original Judgment: 6/20/2011
Date of Previous Amended Judgment:   Hannah Labaree, Asst. Federal Defender
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     137     months **is reduced to**     120 months     .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 6/24/2011 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: January 26, 2016

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date:     
*(if different from order date)*

William B. Shubb, U.S. District Court Judge
*Printed name and title*